## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| *v.* | Case No. 1:25-cv-03934-SAG |
| JARED DEMARINIS, *in his official capacity as the State Administrator of Elections for the State of Maryland*, | |
| *Defendant*. | |

## MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS' MOTION TO INTERVENE AS DEFENDANT

Maryland/DC Alliance for Retired Americans moves to intervene as a Defendant in this matter to defend its members' significant interests that stand to be impaired by this litigation.

For the reasons discussed in the supporting memorandum filed alongside this Motion, and the declaration attached thereto, Proposed Intervenor is entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenor requests permissive intervention under Rule 24(b). Pursuant to Rule 24(c), a Proposed Answer is also attached to this Motion.[1]

**WHEREFORE**, Proposed Intervenor respectfully requests that the Court grant its intervention in the above-captioned matter.

---

[1] Proposed Intervenor respectfully requests leave to file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

Respectfully submitted,                 Dated: December 11, 2025

*/s/ Tina Meng Morrison*

**ELIAS LAW GROUP LLP**
Uzoma N. Nkwonta*
Jacob D. Shelly (D. Md. Bar No. 30972)
Tina Meng Morrison (D. Md. Bar No. 21832)
Marcos Mocine-McQueen*
250 Massachusetts Ave NW Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
tmengmorrison@elias.law
mmcqueen@elias.law

* Application *pro hac vice* forthcoming

*Counsel for Proposed Intervenor-Defendant
the Maryland/DC Alliance for Retired
Americans*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on all parties in accordance with Fed. R.

Civ. P. 5(a).

*/s/ Tina Meng Morrison*
Tina Meng Morrison
250 Massachusetts Ave NW Suite 400
Washington, D.C. 20001
T: (202) 968-4490
tmengmorrison@elias.law