IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America  *

    **Plaintiff,**

    *

    **v.**       Case No. 25-cv-03934-SAG

Jared DeMarinis  *

    **Defendant.**  *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that the Maryland/DC Alliance for Retired Americans (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ (name of party):

_____ (names of affiliates).

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ (names of entities with possible financial interests).

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

December 11, 2025                              /s/ Tina Meng Morrison
_____                           _____
Date                                           Signature

                                               Tina Meng Morrison (D. MD Bar 21832)
                                               _____
                                               Printed name and bar number

                                               250 Massachusetts Ave NW Suite 400
                                               _____
                                               Address

                                               tmengmorrison@elias.law
                                               _____
                                               Email address

                                               (202) 968-4490
                                               _____
                                               Telephone number

                                               _____
                                               Fax number