HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC NEFF
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
4CON – Room 8.1815
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CASE NO: 1:25-CV-03934-SAG |
|---|---|
| Plaintiff, v. JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State of Maryland, and the STATE OF MARYLAND  Defendant(s). | NOTICE OF NO POSITION ON DC ALLIANCE FOR RETIRED AMERICANS' MOTION TO INTERVENE |

**NOTICE OF NO POSITION ON DC ALLIANCE FOR RETIRED AMERICANS'
MOTION TO INTERVENE**

1

Counsel for DC Alliance for Retired Americans ("Proposed Intervenors") contacted the United States by email on December 12, 2025, requesting a position on their Motion to Intervene. While the United States did not state a position, Proposed Intervenors filed their Motion to Intervene later on the same date, Doc. 4.

The United States notifies the Court that it takes no position on the Proposed Intervenor's Motion to Intervene.

DATED: December 12, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


/s/ *Brittany E. Bennett*
ERIC NEFF
Acting Chief, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

2

*United States of America v. Demarinis, et al.*
Notice of No Position on DC Alliance for Retired Americans Motion to Intervene

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

3

*United States of America v. Demarinis, et al.*
Notice of No Position on DC Alliance for Retired Americans Motion to Intervene