IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | * |
| *Plaintiff*, | * |
| v. | *   No. 1:25-cv-03934-SAG |
| | * |
| JARED DEMARINIS, | * |
| *Defendant*. | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It is this  19  day of December, 2025,

ORDERED that the consent motion for extension of time filed by defendant, Jared Demarinis, is GRANTED and that defendant may file and serve responses to the Complaint (ECF 1) and Motion for Order to Compel Records (ECF 2) on or before January 30, 2026.

/s/
Stephanie A. Gallagher, District Judge