IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JARED DEMARINIS, *in his official capacity as the State Administrator of Elections for the State of Maryland*,<br><br>*Defendant*. | Case No. 1:25-cv-03934-SAG |

### NOTICE OF SUPPLEMENTAL AUTHORITIES REGARDING THE MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS' MOTION TO INTERVENE

Proposed Intervenor the Maryland/DC Alliance for Retired Americans (the "Alliance") respectfully provides notice of seven supplemental authorities supporting its pending motion to intervene. *See* ECF No. 4. In parallel voter list suits that DOJ has filed across the country, federal courts are consistently granting intervention to organizations and individuals similar to the Alliance and its members.

First, a federal court in Maine permitted two individuals to intervene as defendants. *See* Text Order, *United States v. Bellows*, No. 25-cv-0468-LEW (D. Me. Dec. 12, 2025), ECF No. 49.

Second, a federal court in New Mexico granted intervention to the Alliance's counterpart, the New Mexico Alliance for Retired Americans. *See* Text Order, *United States v. Oliver*, No. 25-cv-1193-LF-JFR (D.N.M. Dec. 15, 2025), ECF No. 9.

Third, a federal court in New Hampshire permitted four individual voters to intervene as defendants. *See* Order, *United States v. Scanlan*, No. 25-cv-371-AJ (D.N.H. Jan. 5, 2026), ECF No. 23. The court recognized the individuals' "personal information would be distributed to the Department of Justice were the United States to prevail in this action," concluding "their presence

1

in this suit will assist the court in the just and equitable adjudication of the matter." *Id.* at 5–6. The *Scanlan* Order is attached as Exhibit 1.

Fourth, a federal court in Hawaii permitted the NAACP California-Hawaii State Conference ("NAACP CA-HI") to intervene as a defendant. *See* Minute Order, *United States v. Nago*, No. 25-cv-00522-LEK-RT (D. Haw. Jan. 5. 2026), ECF No. 20. The court determined that NAACP CA-HI had a "claim or defense that shares with the main action a common question of law or fact," and that allowing the organization to intervene would not "unduly delay or prejudice the adjudication of the original parties' rights." *Id.* (quoting Fed. R. Civ. P. 24(b)(1)(B), (b)(3)). The *Nago* Order is attached as Exhibit 2.

Fifth, a federal court in Massachusetts granted intervention earlier today to the Alliance's counterpart, the Massachusetts Alliance for Retired Americans, and the New England State Area Conference of the NAACP. *See* Electronic Order, *United States v. Galvin*, No. 25-cv-13816-LTS (D. Mass. Jan. 6. 2026), ECF No. 30.

Sixth, this afternoon a federal court in Rhode Island granted intervention as of right to SEIU District 1199 NE, Rhode Island Alliance for Retired Americans, and two individual voters. *See* Text Order, *United States v. Amore*, No. 25-cv-0639-MSM-PAS (D.R.I. Jan. 6, 2026).

Finally, this afternoon, a federal court in Minnesota allowed the Alliance's counterpart, the Minnesota Alliance for Retired Americans, and an individual voter, to intervene. *See* Order, *United States v. Simon*, No. 0:25-cv-03761-KMM-EMB (D. Minn. Jan. 6, 2026), ECF No. 90. The *Simon* Order is attached as Exhibit 3.

| | |
|---|---|
| Dated: January 6, 2026 | _/s/ Tina Meng Morrison_ |
| | **ELIAS LAW GROUP LLP** |
| | Uzoma N. Nkwonta* |
| | Jacob D. Shelly (D. Md. Bar No. 30972) |
| | Tina Meng Morrison (D. Md. Bar No. 21832) |
| | Marcos Mocine-McQueen* |
| | 250 Massachusetts Ave NW Suite 400 |
| | Washington, D.C. 20001 |
| | Telephone: (202) 968-4490 |
| | unkwonta@elias.law |
| | jshelly@elias.law |
| | tmengmorrison@elias.law |
| | mmcqueen@elias.law |
| | |
| | * Admitted _pro hac vice_ |
| | |
| | _Counsel for Proposed Intervenor the Maryland/DC Alliance for Retired Americans_ |