**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:25-cv-03934 |
|---|---|
| DEFENDANT<br>JARED DEMARINIS, in his Official Capacity as State Administrator | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JARED DEMARINIS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 St. Paul Place, Baltimore, MD 21202

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Brittany E. Bennett<br>Voting Section, Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square, 150 M Street NE, Room 8.141, Washington DC 20002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

C/O Hon. Anthony G. Brown, Office of the Maryland Attorney General

200 St. Paul Place, Baltimore, MD 21202

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER<br>(202) 704-5430 | DATE<br>12/2/2025 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 37 | District to Serve<br>No. 37 | Signature of Authorized USMS Deputy or Clerk<br>R. Patten | Date<br>12/2/25 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Jeffrey S. Luoma - Office of Attorney General | Date<br>12/17/25 | Time<br>12:28 [ ] am [X] pm |
|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285<br>Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.   1:25-cv-03934-SAG |
| JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State of Maryland, | ) ) ) | |
| _Defendant(s)_ | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Jared DeMarinis
State Administrator of Elections
State of Maryland
151 West Street,
Suite 200
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brittany E. Bennett
Voting Section, Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    12/02/2025 _____

_____
Signature of Clerk or Deputy Clerk