IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JARED DEMARINIS, *in his official capacity as the State Administrator of Elections for the State of Maryland*,<br><br>*Defendant*. | Case No. 1:25-cv-03934-SAG |

**ORDER GRANTING MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS' MOTION TO INTERVENE AS DEFENDANT**

Upon consideration of the Motion to Intervene as Defendants filed by the Maryland/DC Alliance for Retired Americans, alongside the materials filed in support thereof, as well as any opposition thereto, the Court finds good cause, and it is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED** that Proposed Intervenors may file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

IT IS SO ORDERED on this __2nd__ day of ____February____, 202_6_.

                                                                                     _____/s/_____
                                                                    Hon. Stephanie A. Gallagher
                                                                    U.S. District Court for the District of Maryland