IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State Maryland,<br><br>Defendant. | Case No. 1:25-cv-03934<br>(Hon. Stephanie A. Gallagher) |

**ORDER GRANTING MOTION FOR INTERVENTION OF COMMON CAUSE, OUT FOR JUSTICE, INC., CARL SNOWDEN, MYRIAM PAUL, AND LUIS SIMS**

On December 12, 2025, Proposed Intervenors Common Cause, Out for Justice, Inc., Carl Snowden, Myriam Paul, and Luis Sims, moved to intervene in this matter. ECF No. [ ]. This Court, having considered Proposed Intervenors' motion along with the materials filed in support thereof, as well as any opposition thereto, finds good cause to grant the motion. The requirements of Rule 24(a) are granted in that the motion was timely filed; the Proposed Intervenors have substantial interests in the case, including their interests in privacy and the unfettered right to vote; the Proposed Intervenors' interests could be affected or impaired by the disposition of the case; and Proposed Intervenors may not be adequately represented by the existing parties. Moreover, the Court would, in the alternative, grant permissive intervention under Rule 24(b) because the motion is timely and the Proposed Intervenors' participation will aid in the effective airing of issues and the ultimate disposition of the case.

Accordingly, it is hereby ORDERED that the Motion is GRANTED.

1

IT IS SO ORDERED on this  2nd  day of  February , 2026.

_____/s/_____
The Honorable Stephanie A. Gallagher
United States District Court Judge

2