IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State Maryland,<br><br>      Defendant. | Case No. 1:25-cv-03934<br>(Hon. Stephanie A. Gallagher) |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND GRANTING MOTION TO DISMISS OF INTERVENOR-DEFENDANTS COMMON CAUSE, OUT FOR JUSTICE, INC., CARL SNOWDEN, MYRIAM PAUL, AND LUIS SIMS**

On February 2, 2026, this Court granted the Motion to Intervene of Intervenor-Defendants Common Cause, Out for Justice, Inc., Carl Snowden, Myriam Paul, and Luis Sims (collectively, "Intervenor Defendants"). ECF No. 38. On February 6, 2026, Intervenor Defendants submitted a Motion to Dismiss and Brief in Opposition to Plaintiff's Motion to Compel. ECF No. 43. This Court, having considered Intervenor Defendants' motion along with the materials filed in support thereof, as well as any opposition thereto, and considered arguments from all parties, grants Intervenor Defendants' motion to dismiss and denies Plaintiff's motion to compel.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Compel is DENIED and Intervenor Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED on this _____ day of _____, 2026.

                                                                                 _____
                                                                         United States District Court Judge