UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARED DEMARINIS, in his official capacity as the State Administrator of Elections for the State of Maryland,<br><br>Defendant. | Civil Case No.: 1:25-cv-03934-SAG |

**ORDER**

Upon consideration of the Unopposed Motion for Leave to File Brief *Amici Curiae* of Former Employees of the U.S. Department of Justice, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Former Employees of the U.S. Department of Justice be designated as *Amici Curiae* and their proposed amicus brief be lodged on the docket.

Dated: February 9 , 2026

/s/

Hon. Stephanie A. Gallagher
United States District Judge