IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JARED DEMARINIS, *in his official capacity as the State Administrator of Elections for the State of Maryland*,<br><br>*Defendant*. | Case No. 1:25-cv-03934-SAG |

**ORDER GRANTING MARYLAND/DC ALLIANCE FOR
RETIRED AMERICANS' MOTION FOR LEAVE TO FILE**

Upon consideration of the Maryland/DC Alliance for Retired Americans' Motion for Leave to File Responses to the Complaint and the Motion for Order to Compel Records, it is hereby **ORDERED** that the Motion is **GRANTED**. The Maryland/DC Alliance for Retired Americans may file responses to the Complaint (ECF 1) and Motion for Order to Compel Records (ECF 2) on or before January 30, 2026.

IT IS SO ORDERED on this ___9th___ day of ___February___, 2026.

                                                                                          _____/s/_____
                                                            Hon. Stephanie A. Gallagher
                                                             U.S. District Court for the District of Maryland