IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                        No. 1:25-cv-03934-SAG

JARED DEMARINIS, in his official capacity as
the State Administrator of Elections
for the State of Maryland,

    *Defendant.*

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

    Trial Attorney for the United States, David D. Vandenberg, moves the Court to withdraw as counsel of record in the above-styled matter. Attorney Vandenberg requests that all pleadings, orders, notices, and other documents in this matter not be directed to him.

    Attorney Vandenberg has been assigned to other matters within the Civil Rights Division of the U.S. Department of Justice; Attorneys Bennett and Frederick will continue to represent the United States.

    Defense attorneys for the various parties have been consulted, and no opposition has been noted.

Dated: February 9, 2026

                                                                     Respectfully submitted,

                                                                       HARMEET K. DHILLON
                                                                       Assistant Attorney General
                                                                       Civil Rights Division

                                                                       ERIC NEFF
                                                                       Acting Chief, Voting Section

                                                                       */s/ David D. Vandenberg*
                                                                       DAVID D. VANDENBERG
                                                                       BRITTANY BENNETT
                                                                       MEGAN FREDERICK

Trial Attorneys
U.S. Department of Justice
Civil Rights Division
150 M Street, NE, 4CON
Washington, D.C.  20002
Brittany.Bennett@usdoj.gov
Megan.Frederick@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                  */s/ David D. Vandenberg*
                                                  David D. Vandenberg