IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARED DEMARINIS, in his official capacity as State Administrator of Elections,<br><br>Defendant. | Civil Action No. SAG-25-3934 |

**ORDER**

Upon consideration of the Democratic National Committee's ("DNC") Motion to for Leave to file a brief as *amicus curiae* and any opposition thereto, it is this __11th__ day of __February__, 2026, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Clerk of the Court is directed to designate the DNC as Amicus Curiae and to lodge the DNC's proposed amicus brief on the docket.

_____/s/_____
Hon. Stephanie A. Gallagher
United States District Judge