**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>*v.*<br><br>JARED DEMARINIS, *in his official capacity as the State Administrator of Elections for the State of Maryland,*<br><br>*Defendant.* | Case No. 1:25-cv-03934-SAG |

**INTERVENOR THE MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenor the Maryland/DC Alliance for Retired Americans (the "Alliance") respectfully provides notice of supplemental authority supporting its pending Motion to Dismiss. *See* ECF No. 50. Today, in DOJ's parallel suit seeking Massachusetts's unredacted voter list, the district court dismissed DOJ's complaint on the ground that DOJ failed to state any basis for its demand as required by Title III of the CRA. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9, 2026), ECF No. 92 (attached hereto as Exhibit A).

Accordingly, four courts have now dismissed DOJ's complaints in these matters, and not one has found DOJ to have stated a valid claim. *See United States v. Webe*r, No. 2:25-cv-09149-DOC-ADS, 2026 WL 118807 (C.D. Cal. Jan. 15, 2026), *appeal docketed*, No. 26-1232 (9th Cir. Mar. 3, 2026); *United States v. Oregon,* No. 6:25-cv01666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026), *appeal docketed*, No. 26-1231 (9th Cir. Mar. 3, 2026); *United States v. Benson*, No. 1:25-cv-01148, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026), *appeal docketed*, No. 26-1225 (6th Cir. Feb. 27, 2026). The Massachusetts decision supports the Alliance's argument that

1

DOJ's failure to state any factual basis for its demand for Maryland's voter list requires its claim to be dismissed. *See* ECF No. 50 at 8–12.

Dated: April 9, 2026

*/s/ Uzoma N. Nkwonta*
**ELIAS LAW GROUP LLP**
Uzoma N. Nkwonta*
Jacob D. Shelly (D. Md. Bar No. 30972)
Tina Meng Morrison (D. Md. Bar No. 21832)
Marcos Mocine-McQueen*
250 Massachusetts Ave NW Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
tmengmorrison@elias.law
mmcqueen@elias.law

* Admitted *pro hac vice*

*Counsel for Intervenors the Maryland/DC
Alliance for Retired Americans*

2