## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THE UNITED STATES OF AMERICA,     *

       *Plaintiff*,                *

     v.                      *

                  No. 1:25-cv-03934-SAG

JARED DEMARINIS, in his official     *
capacity as State Administrator of
Elections for the State of Maryland, *et al.*     *

       *Defendants*.

   *    *    *    *    *    *    *    *    *    *    *    *

### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Jared DeMarinis, Maryland State Administrator of Elections, writes to provide this Court with supplemental authority in support of his motion to dismiss (ECF 34) and his opposition to the United States' motion to compel production of documents (ECF 35). In *United States v. Fontes*, No. CV-26-00066-PHX-SMB, 2026 WL 1145626 (D. Ariz. Apr. 28, 2026), the United States District Court for the District of Arizona found "that the Federal Rules of Civil Procedure apply to this action," *id.* at *1, and subsequently dismissed the United States' complaint on the ground that "Arizona's [statewide voter registration list] is not a document subject to request by the Attorney General pursuant to [52 U.S.C.] § 20703," *id.* at *5. *Fontes* is the sixth instance in which a district court has dismissed the United States' Title III claim, *see Fontes,* 2026 WL 1145626, at *1 n.1, and the second to do so by finding that Title III does not apply to compel the retention, or production, of a computerized voter database.

The decision in Fontes thus supports the arguments in Section I of the Administrator's opposition (ECF 35 at 2-7) and Section II of the Administrator's memorandum in support of his motion to dismiss (ECF 34-1 at 14-18).

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Daniel M. Kobrin

_____

DANIEL M. KOBRIN
Federal Bar No. 30392
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
dkobrin@oag.maryland.gov
(410) 576-6472
(410) 576-6955 (facsimile)

April 29, 2026                          Attorneys for Defendant