**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

THE UNITED STATES OF AMERICA,

        *Plaintiff*,

   v.

JARED DEMARINIS, in his Official
Capacity as State Administrator of Elections
for the State of Maryland,

        *Defendant*.

Case No. 1:25-cv-03934
(Hon. Stephanie A. Gallagher)

<u>**INTERVENOR-DEFENDANTS COMMON CAUSE, OUT FOR JUSTICE, INC., CARL
SNOWDEN, MYRIAM PAUL, AND LUIS SIMS' SUBMISSION OF SUPPLEMENTAL
AUTHORITY**</u>

Intervenor-Defendants Common Cause, Out for Justice, Inc., Carl Snowden, Myriam Paul,
and Luis Sims submit this Notice of Supplemental Authority regarding a decision in one of the
other cases in which the United States Department of Justice ("DOJ") is seeking production of
states' full and unredacted voter files pursuant to Title III of the Civil Rights Act of 1960 ("CRA").
On April 28, 2026, the District Court for the District of Arizona issued an opinion and order in
*United States v. Fontes*, No. CV-26-66-PHX-SMB, 2026 WL 1145626, Dkt. 50 (D. Ariz. Apr. 28,
2026), denying the DOJ's motion to compel and dismissing its complaint seeking production of
Arizona's statewide voter registration list. That opinion is attached as Exhibit 1.

*Fontes* first held that "in accord with *United States v. Powell*, . . . the Federal Rules of Civil
Procedure appl[y]"—and therefore the DOJ's Complaint had to survive scrutiny under Rule
12(b). *Id.* at 2. The Complaint did not do so, because it sought records outside the scope of the
CRA. *Id.* at 5. *Fontes* reasoned that because a state's voter registration list is not a record that
"comes into [the state's] possession," 52 U.S.C. § 20701, it is not subject to the CRA's disclosure
obligation. Ex. 1 at 12. The *Fontes* court therefore dismissed the Complaint with prejudice

1

"because amendment would be legally futile." *Id*.

*Fontes* joins the growing body of authority that has universally rejected the DOJ's attempts to compel production of state voter registration lists. Every single court to yet issue a decision in the DOJ's cookie-cutter lawsuits seeking states' unredacted voter files on near-identical grounds has dismissed these cases. *See id.*; *United States v. Amore*, No. 25-CV-00639-MSM-PAS, 2026 WL 1040637 (D.R.I. Apr. 17, 2026); *United States v. Galvin*, No. 25-13816-LTS, 2026 WL 972129 (D. Mass. Apr. 9, 2026); *United States v. Oregon*, No. 6:25-cv-01666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026); *United States v. Weber*, No. 2:25-cv-09149-DOC-ADS, 2026 WL 118807 (C.D. Cal. Jan. 15, 2026); *United States v. Benson*, No. 1:25-cv-01148-HYJ-PJG, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026).

Dated: April 29, 2026                                     Respectfully submitted,

<u>*/s/ Jonathan Topaz*</u>
Jonathan Topaz*                                          Deborah A. Jeon (Bar No. 06905)
Theresa J. Lee*                                            Dara Johnson (Bar No. 31478)
Sophia Lin Lakin*                                          AMERICAN CIVIL LIBERTIES UNION OF
AMERICAN CIVIL LIBERTIES UNION          MARYLAND
FOUNDATION                                              3600 Clipper Mill Road
125 Broad St., 18th Floor                                Suite 200
New York, NY 10004                                     Baltimore, MD 21211
(212) 549-2500                                            Tel. 410-889-8555
jtopaz@aclu.org                                          jeon@aclu-md.org
tlee@aclu.org                                              djohnson@aclu-md.org
slakin@aclu.org

* *Pro hac vice* application granted

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record and by email on counsel for the United States and Defendant DeMarinis.

/s/ Jonathan Topaz
Jonathan Topaz

3