UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, | Case No. 1:25-cv-03934-SAG |
| v. | |
| JARED DEMARINIS in his official capacity as STATE ADMINISTRATOR of Elections for the State of Maryland, Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMBINED RESPONSE TO SUPPLEMENTAL AUTHORITIES**

Upon consideration of Plaintiff's motion for leave (Dkt. 73) to file a combined response to three separate citations of supplemental authorities (Dkts. 70 – 72), the Court finds good cause, and it is hereby ORDERED that the Motion is GRANTED.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
Hon. Stephanie A. Gallagher
U.S. District Court for the District of Maryland