IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>JARED DEMARINIS<br><br>*Defendant.* | Case No. 1:25-cv-03934-SAG |

**MARYLAND ELECTION INTEGRITY, LLC'S**
**MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Maryland Election Integrity, LLC, movant, by Hartman, Attorneys at Law and C. Edward Hartman, III, its attorneys, pursuant to Local Civil Rule 105.12 hereby files this Motion for Leave to File Amicus Brief in support of the Plaintiff, and states:

1. Maryland Election Integrity, LLC (hereinafter referred to as "MEI") is a Maryland limited liability committed to preserving and enhancing the integrity of elections in the State of Maryland.
2. MEI has collected data through searching the publicly available records as well as through personal interviews and painstaking research. As a result of those efforts, MEI has concluded that the following errors in the Maryland voter registration database exist (see Exhibit A hereto):
    a. There are 295 duplicate registrations.
    b. There are 945 deceased voters still registered.
    c. There are 25,557 vacant addresses for active voters.
    d. There are 2003 vacant addresses for inactive voters.

e. There are 309 invalid P.O. Box addresses for active voters.

f. There are 68 invalid P.O. Box addresses for inactive voters.

g. There are 450 undeliverable addresses for active voters.

h. There are 130 undeliverable addresses for inactive voters.

3. Section 301 of the Help America Vote Act ("HAVA") allows limited errors in the voter registration database, that "the system shall achieve a target error rate of no more than one in 10,000,000 ballot positions, with a maximum acceptable error rate in the test process of one in 500,000 ballot positions (Section 3.2.1 of the voting system standards issued by the Federal Election Commission).

4. The Voluntary Voting System Guidelines, Version 1.1, Section 4.1.1 – Accuracy Requirements, states in part, "all systems shall achieve a report total error rate of no more than one in 125,000." Maryland voting systems are subject to the error rates defined in the FEC Voting System Standards 3.2.1 and explained in the Voluntary Voting System Guidelines. Given the number of votes in the 2024 election, the number of errors allowed by HAVA is below fifty (50). The actual error rates are in the tens of thousands.

5. Maryland's voter registration database is undeniably in violation of federal law.

6. The Maryland Board of Elections is and has been for years aware of the state of its registration database.

7. MIE brought suit against it in 2024 in an effort to bring real change (Maryland Election Integrity, et al v. Maryland State Board of Elections, Case No. 1:24-cv-00672-SAG); however, this court ruled that MIE lacked standing. Nevertheless, MBOE did not

dispute the factual allegations therein, which were consistent with the data presented herein.

8. This data confirms the dire need for the United States Attorney General to receive and examine the data it has requested.
9. At this stage in the proceeding, the issue has been narrowed. The Amicus Brief addresses those issues in a way others have not.
10. Satisfying the elements of a Motion for Leave to File Amicus Brief, set forth in *Am. Humanist Ass'n v. Md.-Nat'l Capital Park & Planning Comm'n*, 303 F. R. E. 266 (D. Md 2014):
    a. The movant MIE has an interest in restoring and maintaining the integrity of elections in Maryland. It is its sole interest, and those involved with MIE have been diligently working to gather data and advocate for the rights of registered Maryland voters to not have their votes cancelled out by improper votes.
    b. The Amicus Brief is desirable, as it is important for the court to know that others are on the side of the plaintiff and that a proper analysis of the applicable law is needed.
    c. MIE is filing on behalf of the plaintiff.
    d. Undersigned counsel, not the plaintiff's attorney, authored the brief in its entirety.
    e. The fees for this Motino and Amicus Brief were paid by MIE, not a party.
11. It is in the best interest of the public that MIE be permitted to file an Amicus Brief in support of the plaintiff, the United States of America.

WHEREFORE, *Amicus* Maryland Election Integrity hereby respectfully requests that this Honorable Court grant its Motion for Leave to File Amicus Brief.

Respectfully submitted,

HARTMAN, Attorneys at Law

By: /s/ C. Edward Hartman, III

C. Edward Hartman, III, Bar No. 07716
116 Defense Highway, Suite 300
Annapolis, Maryland 21401-7047
Telephone: (410) 266-3232
Facsimile: (410) 266-5561
Email: Ed@Hartman.law
*Attorneys for Maryland Election Integrity, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2026, the foregoing was served via the Court's Electronic System on all counsel of record.

/s/ C. Edward Hartman, III

C. Edward Hartman, III, Bar No. 07716