IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA | : |
|  | : |
| *Plaintiff,* | : |
|  | : |
| v. | :   Case No.  1:25-cv-03934-SAG |
|  | : |
| JARED DEMARINIS | : |
|  | : |
| *Defendant.* | : |
|  | : |

## ORDER

Upon consideration of Maryland Election Integrity, LLC'S Motion to for Leave to file a

Brief as Amicus Curiae and any opposition thereto, it is this __11th__ day of _____May_____,

2026, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to designate Maryland Election Integrity,

LLC as Amicus Curiae and to lodge the Maryland Election Integrity, LLC's proposed amicus brief

on the docket.

_____
/s/
Honorable Stephanie A. Gallagher
United States District Court Judge