## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| _____ | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | **Case No.** _____ |
| | * | |
| _____ | | |
| **Defendant.** | * | |

## <u>DISCLOSURE OF CORPORATE INTEREST</u>

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
<div align="center">(name of party)</div>

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
<div align="center">(name of party)</div>

_____.
<div align="center">(names of affiliates)</div>

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
<div align="center">(names of entities with possible financial interests)</div>

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<div style="font-size:smaller">(name of LLC party)</div>

| | |
|---|---|
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____
Date

_____
Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number