AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:25-cv-03934-SAG |
| Jared DeMarinis in his Official Capacity, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                    .

Date:     06/09/2026                                    /s/ William F. Mohrman
                                                          *Attorney's signature*


                                                          William F. Mohrman
                                                          *Printed name and bar number*

                                                    Department of Justice, Civil Rights Division
                                                    950 Pennsylvania Ave NW
                                                    Washington, DC 20530

                                                          *Address*

                                                    william.mohrman@usdoj.gov
                                                          *E-mail address*

                                                          (202) 368-6597
                                                          *Telephone number*
                                                          N/A
                                                          *FAX number*