**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civil Case No.: SAG-25-3934** |
| **v.** | * | |
| | * | |
| **JARED DEMARINIS** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED

that:

1. The United States's Motion to Compel Production of Documents, ECF 2, is DENIED;
2. Defendants' Motions to Dismiss, ECF 34, 43, 50, are GRANTED;
3. The United States's Motion for Leave to File Combined Response to Supplemental Authorities, ECF 73, is GRANTED;
4. The United States's Complaint, ECF 1, is DISMISSED WITH PREJUDICE; and
5. The Clerk is directed to CLOSE this case.

Date: June 18, 2026

_____/s/_____
Stephanie A. Gallagher
United States District Judge
