FILED:  July 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1878
(1:25-cv-03934-SAG)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

JARED DEMARINIS, in his Official Capacity as State Administrator of Elections for the State of Maryland

      Defendant - Appellee

 and

MARYLAND/DC ALLIANCE FOR RETIRED AMERICANS; COMMON CAUSE; OUT FOR JUSTICE, INC.; CARL SNOWDEN; MYRIAM PAUL; LUIS SIMS

      Intervenors/Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-03934-SAG |
| Date notice of appeal filed in originating court: | 07/06/2026 |
| Appellant(s) | The United States of America |
| Appellate Case Number | 26-1878 |
| Case Manager | M. Powers<br>804-916-2702 |